Step 1 ARP: DCI-2024-663

RECEIVED
JUN 24 2024
BY: .................

Correctional Administrative Remedy Procedure
Dixon Correctional Institute
Jackson, Louisiana 70748

Julian Coleman #455810
U-2-7 Comp. II
CLN C-2 Light Duty

May 9TH, 2024
Infirmary D.C.I.
approx. 9pm

Petitioner, Julian Coleman #455810 (states) this is a (Request for Correctional Administrative Remedy Procedure filed by a State prisoner in State Custody and Care while housed at Dixon Correctional Institute.

ISSUE

1.

Petitioner, Julian Coleman #455810 (states) his U.S.C.A. 8TH to be free from Cruel and Unusual Punishment was violated while housed at Dixon Correctional Institute, when I was denied the proper medical attention by medical personnal here at Dixon Correctional Institute. Being denied the proper medical care is Cruel and Unusual Punishment ... SEE- Estelle v Gamble 429 U.S.

2.

Being denied medical treatment by quafied medical staff at D.C.I. when the issue at hand was serious to a point where petitioner had to go to hosptial to get treatment.

3.

Petitioner Julian Coleman #455810 (states) he's seek damages for pain and suffering, being denied medical treatment et al.

– Complaint –

Petitioner Julian Coleman #455810 (states) that on May 9TH, 2024 while housed at the Dixon Correctional Institute for the Louisiana Department of Corrections. Petitioner Coleman declared his self medical emergency by filling out a sick-call complainting that I was experiencing dizziness and serve head ache and disorient. The healthcare provider took my vitial sign



JUL/01/2025 08:47 AM_9297811_0300247000_155575

and sent me back to the dorm informing me that the D.C.I. Doc will be informed of my conditions. I. inmate Julian Coleman #455810 returned to my housing unit and went to bed. When I awoke Friday morning May 10,TH 2024 I was still experiencing the same syptoms so I once again made (medical emergency) sick-call complainting of the same thang. This time I was told by the health care provider I would have to give the Doctor time to review my medical records. My vitial signs was done by a nurse and not a Doctor and was told to go back to the Unit and go to bed. This time when I returned to my housing unit Major Aucoin saw me stummbling around and ask me what's wrong with me I explained to Major Aucoin that I ~~had~~ have multiple sclerosis and that I'm experiencing dizziness, headache and that I feeling disorient. Major Aucoin examine me by shining a light into my eyes and told me to lay down. I also informed him that I've made numerous emergency sick-calls all about the same thang and to a point of no avail. I saw Col. R. Williams and also informed him of my syptoms I was experiencing and the numberous emergency sick-calls I've made. Col. R. Williams then informed me that the Doctor had more important matters to attend and he was more likely in New Orleans, Louisiana attending those matters. I was once again told to lay down and they would eventually get with me. When I awoke Friday I once again attempted to make medical emergency sick-call. I was told I was experiencing vertigo and was given a medication call Meclizine and was told this should clear up my syptoms. When I insisted upon seeing a Doctor. I was told that the medication I had just administed should clear up my syptoms because they was sure I was only experiencing vertigo. Saturday I awoke experiencing double vision I then called my girlfriend and she called my sister and explained to them the syptoms I was experiencing and my numberous attemps to get medical to address my problems as the medication I was prescribed. My oldest sister then contacted my mother and youngest sister and got in contact with 911 whom contacted the Ambulance Service whom then contacted the authorities here at D.C.I.

JUL/01/2025 08:47 AM_9297811_0300247000_155575

whom contacted the authorities here. It was onlu after being contacted by this Ambulance Service was I saw by medical and rushed to U.M.C. in New Orlean. La. I was told after being exaimined by a doctor in the emergency room that my brain had swollen and filled with inflammation and that I had substained damgaes to the Cerebellum cortex in the back of my brain due to medical not immediality addressing my serious medical needs. I was admitted to the hospotial and place under observation. Saturdau May 11th, 2024 . thur thursday May 16th, 2024 I was prescribed steriods by the doctor to stop my brain from swelling. so that it can be strong enough to heal itself.

Relief and Desire

I'm seeking monetary damages for the issues I described in this (CARP) I'm seeking damages for pain and suffering wilful neglect to ward serious medical needs of prisoner in State Custodu and Care. I also seeking anu and all relief that mau be deem approved to me. !!!

Respectfully Submitted By:
Julian Coleman #455810

JUL/01/2025 08:47 AM_9297811_0300247000_155575

JUN/01/2024 04:50 PM 9297811 0300247000 86157

CASE NUMBER: DCI-2024-663

= 2ND Step procedure -

Julian Coleman
#455810 7
Lt. Dig

May 9, 2024
DCI Infirmary
Approx. 9:00pm

I filed an ARP - # DCI-2024-663 - on June 24, 2024, regarding the Denial of prompt, proper, and adequate medical attention which has resulted in permanent injury to my brain as well as given my Multiple Sclerosis disease a downward turn. (See Attached copy of filed ARP for details).

On June 17, 2024, I received the Warden's acceptance of my ARP (attached hereto). A 1st step Response was due within 40 days of said date, unless I was notified that the warden needed additional time to Respond/Answer. This has NOT been done and numerous Correspondences from me to the Warden's office requesting the status of the ARP Response have not been answered. It has now been 98 days since the 6/17/24 Notice of Acceptance or 58 days past time for Response at first step. No extension of time has been sent to me.

As such, and in accordance with the "Prison Litigation Reform Act" inmates must exhaust "such administrative remedies as are available" prior to bringing a civil action. Pursuant to Louisiana's two-step procedure for presenting a grievance, the entire 2 step process should be exhausted in 120 days from day of acceptance. That further, case law from the U.S. 5th Circuit Court of Appeals and the Louisiana Supreme Court as well as Title 22: LA Adm. Law, hold that when any time deadline in the

ARP process is past for a 1st or 2nd Response the inmate is to deem said step as a Denial, and then proceed to the appropriate next step to exhaust his available administrative remedies.
Thus, because the 1st step from the Warden is well past due - 58 days and no notice has been received requesting extension of time to Respond.

(Cont'd P2)

Julian Coleman #455810 7
9/23/2024



JUL/01/2025 08:47 AM_9297811_0300247000_155575

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: DCI-2024-663

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: COLEMAN, JULIAN 455810
Offender Name and Number

DCI
Living Unit

Received in this Office on 10/04/2024:

Your request for an Administrative review of ARP# DCI-2024-663 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your statement has been considered as well as your medical records. The medical staff is well aware of your medical condition and has adequate information upon which to base a determination of your medical concerns and the treatment necessary. Medical opinion is controlling. The medical care you have received and will continue to receive is deemed adequate. Your medical concerns have been addressed in accordance with the DOC Health Care Policy. No further investigation will be conducted as this issue has been clearly addressed in the first step response.

Therefore, your request for relief is denied.

11-22-24
Date

Secretary's Signature or His Designee

JUL/01/2025 08:47 AM_9297811_0300247000_155575