**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JULIAN COLEMAN (#455810)** | **CIVIL ACTION** |
| VERSUS | **NO. 25-602-JWD-EWD** |
| **E. DUSTIN BICKHAM, ET AL.** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 16, 2026, (Doc. 9), to which no objection was filed;

**IT IS ORDERED** that this Court declines to exercise supplemental jurisdiction over Plaintiff Julian Coleman's potential state law claims and that Plaintiff's federal claims in this case against Defendant E. Dustin Bickham and Marshall Naquin are **DISMISSED WITH PREJUDICE** for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff's federal claims for deliberate indifference to a serious medical need against Defendants Daryl Aucoin and Rickey Williams are allowed to proceed.

Signed in Baton Rouge, Louisiana, on November 24, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**